IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

W.G. HAYS & ASSOCIATES, LLC, in )
its capacity as receiver for Premier )
Utilities & Services, Inc. ) No. 2-10-0015
)
v. )
)
WIRES UNDERGROUND )
CONSTRUCTION, INC; ERNIE )
WIRES; and CINCINNATI INSURANCE )
COMPANY )

O R D E R

Pursuant to the order entered June 3, 2010 (Docket Entry No. 23), the parties filed a joint mediation statement on July 29, 2010 (Docket Entry No. 24), advising that they had participated in private mediation and had reached a settlement of all claims in this case.

By no later than August 31, 2010, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the District Judge for consideration of the parties agreed order of dismissal to be filed no later than August 31, 2010.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By the June 3, 2010, order, the pretrial conference and trial were scheduled on February 7, 2011, and March 7, 2011, respectively.