# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| W.G. HAYES & ASSOCIATES, LLC, in its capacity as receiver for Premier Utilities & Services, Inc., | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Civil No. 2:10-0015 Judge Trauger |
| v. | ) ) | Magistrate Judge Griffin |
| WIRES UNDERGROUND CONSTRUCTION, INC., ERNIE WIRES and CINCINNATI INSURANCE COMPANY, | ) ) ) ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## O R D E R

Upon reassignment of this case to Judge Trauger (Docket No. 25), the Order setting this case for trial on March 7, 2011 before Judge Echols (Docket No. 23) is **VACATED**. The court will await the filing by the parties of an agreed order of dismissal no later than August 31, 2010 (Docket No. 26).

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge